# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00508-CV

---

**In re Garland Wayne Scroggins**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Garland Wayne Scroggins filed a petition for writ of mandamus complaining of the trial court's failure to rule on his motion for judgment nunc pro tunc. However, the trial court has since denied Scroggins's motion. Because the trial court has acted on the motion, Scroggins has received the relief he sought in his mandamus proceeding. We therefore dismiss the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: December 17, 2020